Form 4100R
# Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 0 1

**Property address:** 2368 McBurney Drive
Number   Street

Florence    AL    35630
City        State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mark A. Baker
Signature

Date 03 / 24 / 2021

Print: Mark A. Baker
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: McMichael Taylor Gray, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address: 3550 Engineering Drive, Suite 260
Number   Street

Peachtree Corners, GA 30092
City   State   ZIP Code

Contact phone (404) 474 – 7149

Email: mbaker@mtglaw.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the **NOTICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT** in the above captioned case was this day served upon the below named persons by mailing, postage prepaid, first class mail or by electronic service copy of such instrument to each person, party, and/or counsel at the addresses shown below:

**Via U.S. Mail**
Brenda S White
2368 McBurney Drive
Florence, AL 35630


**Via CM/ECF electronic service:**
 Michele T. Hatcher
Chapter 13 Standing Trustee
P.O Box 2388
Decatur, AL 35602

Jack B Sabatini
108 South Side Square SE
Huntsville, AL 35801

 Dated: March 24, 2021

        Respectfully submitted,
        /s/ Mark A. Baker
        Mark A. Baker, ASB 2459-E57M
        MCMICHAEL TAYLOR GRAY, LLC
        3550 Engineering Drive, Suite 260
        Peachtree Corners, GA 30092
        Telephone: (404) 474-7149
        Facsimile: (404) 745-8121
        E-mail: mbaker@mtglaw.com